**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the document attached as
<u>Exhibit A</u> on each entity shown on the below list at the address shown and by the method indicated
on the list on August 13, 2025, at or before 11:59 p.m.

By: /s/ Tevin D. Bowens_____
Proposed Counsel for Debtor

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are '4032.

## SERVICE LIST

### *VIA U.S. MAIL*

**AT&T**
c/o CT Corporation System
208 S. LaSalle St.
Chicago, IL 60604

**CBTS**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

**Comcast**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

**ComEd**
10 S. Dearborn St., 49th Floor
Chicago, IL 60603

**Nicor**
1844 Ferry Rd.
Naperville, IL 60563-9600

Exhibit A to

*Certificate of Service*

**Service of Order Pursuant to Paragraph 9 of the Order Granting Motion to Authorize Payment of Deposits as Adequate Assurance of Payment for Utility Services**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC., | ) | Case No. 25 B 11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE PAYMENT OF DEPOSITS
AS ADEQUATE ASSURANCE OF PAYMENT FOR UTILITY SERVICES**

This matter coming to be heard on the motion (the "**Motion**")[1] of RAS Data Services, Inc. (the "**Debtor**") pursuant to 11 U.S.C. § 366 for entry of an order authorizing the Debtor, upon request, to provide adequate assurance of payment for utility services in the form of the Utility Deposits (as defined in Paragraph 4 below), and prohibiting the respective providers of such services to the Debtor (each a "**Utility Company**", and together, the "**Utility Companies**") from discontinuing service unless certain conditions are met; the Court having reviewed the Motion and determined that cause exists to grant the relief requested; and the Court having jurisdiction over the Debtor and the subject matter of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.      The Motion is granted as set forth herein.

2.      Absent any further order of the Court to the contrary, each of the Utility Companies providing service to the Debtor, including but not limited to the list of Utility Companies set forth in Exhibit A attached hereto and made a part hereof, shall not alter, refuse, or discontinue service to, or discriminate against, the Debtor solely on the basis of the commencement of either or both of the chapter 11 case or on account of any unpaid invoice for service provided prior to the petition date, unless:

a.   the Utility Company has requested, and received, a Utility Deposit, and the Debtor fails to make their monthly payments for the applicable Utility Company's services utilized after the petition date (a "**Default**");

b.   the applicable Utility Company gives written notice of said Default (i) to the Debtor, c/o Sandor Jacobson, 10 S. Riverside Plaza Suite 750, Chicago, IL 60606, (ii) to the Debtor's counsel, Adam P. Silverman & Alexander F. Brougham, Esq., Adelman & Gettleman, Ltd., 53 West Jackson Blvd., Suite 1050, Chicago, Illinois 60604,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1415069_1

and (iii) counsel to the committee of general unsecured creditors if appointed (the "**Notice**"); and

c. the Debtor subsequently fails to cure said Default within ten (10) business days after receipt of the Notice.

3. In the event of a Default, the applicable Utility Company may, without further action of the Court, alter, refuse, or discontinue service only in the event the Utility Company serves the Notice of the Default and the Debtor fails to timely cure thereafter.

4. The Debtor is hereby authorized, within ten (10) days of receipt of a request in writing by a Utility Company, to pay to each requesting Utility Company a cash deposit approximately equal to one-half (1/2) the average monthly invoice or bill the Debtor received from such Utility Company as calculated over a twelve (12) month period prior to the petition date (each a "**Utility Deposit**", and together, the "**Utility Deposits**"), as specifically set forth in Exhibit A hereto.

5. Absent further notice, hearing and order of the Court in accordance with 11 U.S.C. § 366(c)(3)(A), each of the Debtor's Utility Deposits shall be deemed to constitute adequate assurance of payment under 11 U.S.C. § 366(b) and (c) with respect to the Utility Companies.

6. In the event a Utility Company applies any prepetition utility deposit(s) to any amount(s) owed by the Debtor as of the petition date, the Utility Company is hereby prohibited from seeking an additional Utility Deposit or further assurance of future payment.

7. The Utility Companies are prohibited from applying the Utility Deposits or any portion thereof to any amount(s) owed by the Debtor as of the petition date.

8. Nothing contained in the Motion or this order shall be deemed to grant administrative-expense priority treatment to any claim that may be asserted by or on behalf of any Utility Company for any amount that is not an actual and necessary cost or expense of preserving the Debtor's estate.

9. The Debtor shall serve a copy of this order via U.S. Mail upon each of the Utility Companies listed on Exhibit A hereto and file proof thereof with the Court.

10. If an additional Utility Company or account number not currently appearing on Exhibit A is identified by the Debtor, the Debtor shall file with the Court a supplement to Exhibit A adding the names of such additional Utility Company, and upon serving a copy of this order upon such additional Utility Company, the terms of this order will be deemed to apply to such additional Utility Company, unless modified by the Court after notice and a hearing.

11. Neither the inclusion of, nor the failure to specify, any Utility Company by name in the Motion or this order shall be deemed an admission by the Debtor that such entity is, or is not, as the case may be, a utility within the meaning of 11 U.S.C. § 366, and the Debtor shall be deemed to have reserved all of its rights with respect thereto.

2

1415069_1

12.     Upon the Debtor's termination of a Utility Service, the Utility Company must apply the entire Utility Deposit to the final amount due for postpetition service only before returning any excess amounts to the Debtor or sending a final bill if the Utility Deposit did not cover the total amount due.

Enter:

_____
United States Bankruptcy Judge

Dated:     August 12, 2025

HOWARD L. ADELMAN, ESQ. (ARDC# 0015458)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
STEVEN B. CHAIKEN, ESQ. (ARDC #6272045)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
NICHOLAS R. DWAYNE, ESQ. (ARDC #6308927)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
**Proposed Counsel for Debtor**

1415069_1

<u>Exhibit A</u> to

*Order Granting Motion to Authorize Payment of Deposits as Adequate Assurance of Payment for Utility Services*

**List of Utility Companies**

1415069_1

| Supplier | Expense | Address | 12-Month Total | Average | Suggested Utility Deposit |
|---|---|---|---|---|---|
| AT&T | Utilities Telephone | c/o CT Corporation System 208 S. LaSalle St., Chicago, IL 60604 | 16,318.05 | 1,359.84 | 679.92 |
| CBTS | Utilities Telecommunications | c/o ILLINOIS CORPORATION SERVICE COMPANY, 801 Adlai Stevenson Dr., Springfield, IL 62703-4261 | 14,829.90 | 1,235.83 | 617.91 |
| Comcast | Utilities Telecommunications | c/o ILLINOIS CORPORATION SERVICE COMPANY, 801 Adlai Stevenson Dr., Springfield, IL 62703-4261 | 4,394.56 | 366.21 | 183.11 |
| ComEd | Utilities Electric | 10 S Dearborn St., 49th Floor, Chicago, IL 60603 | 3,051.49 | 254.29 | 127.15 |
| Nicor | Utilities Natural Gas | 1844 Ferry Rd., Naperville, IL 60563-9600 | 1,322.97 | 110.25 | 55.12 |