# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS Data Services, Inc., | ) | Case No. 25 B 11837 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Michael B. Slade |

## NOTICE OF OMNIBUS HEARINGS

Pursuant to Local Rule 9090-3, all motions and other Requests for Relief in the above-captioned chapter 11 cases shall be noticed for scheduled Omnibus Hearings, unless the motion is an emergency under Local Rule 9013-2.

The following Omnibus Hearings are scheduled:

- September 12, 2025, at 9:00 a.m.
- October 9, 2025, at 10:30 a.m.
- November 13, 2025, at 9:30 a.m.

Unless otherwise ordered, Omnibus Hearings will be conducted in-person in the courtroom (Courtroom 642, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago) or by video using Zoom for Government. View Judge Slade's Remote/Zoom Information tab for complete details.

As set forth in Judge Slade's Court Procedures, all trials and evidentiary hearings are in-person. For matters that do not involve witness testimony, in-person attendance for the presentment of motions and requests for relief is preferred, but remote participation is permitted where in-person attendance would be particularly inconvenient or unduly costly.

Date: August 15, 2025        By: _____
                                 MICHAEL B. SLADE
                                 UNITED STATES BANKRUPTCY JUDGE