UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 25-11837
RAS DATA SERVICES, INC. )
)  Chapter: 11
)  Honorable Michael B. Slade
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO EXTEND THE EXCLUSIVE PERIODS TO FILE AND OBTAIN ACCEPTANCES OF A CHAPTER 11 PLAN

This matter coming to be heard on the motion (the "Motion") of RAS Data Services, Inc. (the "Debtor"), pursuant to 11 U.S.C. § 1121(d) of Title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order extending the exclusive periods to file and obtain acceptances of a plan under subsections 1121(b) and 1121(c) of the Bankruptcy Code; the Court having reviewed the Motion and determined that cause exists to grant the relief requested; and the Court having jurisdiction over the Debtor and the subject matter of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted as set forth herein;

2. The exclusive period under subsections 1121(b) and 1121(c)(2) of the Bankruptcy Code for the Debtor to file a Chapter 11 plan is hereby extended by 90 days, to and including March 2, 2026; and

3. The exclusive period under subsection 1121(c)(3) of the Bankruptcy Code for the Debtor to obtain acceptances of a Chapter 11 plan by each class of claims or interests that is impaired under such plan is hereby extended by 90 days, through and including April 28, 2026.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated: November 13, 2025

**Prepared by:**

ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
asilverman@ag-ltd.com
abrougham@ag-ltd.com
tbowens@ag-ltd.com
Counsel for Debtor