IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

## NOTICE OF RESUMPTION OF AUCTION

PLEASE TAKE NOTICE that the public auction for substantially all the assets of RAS Data Services, Inc. (the "**Debtor**"), which commenced and was adjourned on Tuesday, December 2, 2025, will resume on Thursday, December 10, 2025, at 1:00 p.m. CST, via Zoom. Login information may be obtained by contacting the undersigned counsel for the Debtor.

By: /s/ Alexander F. Brougham
Counsel for the Debtor

ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC 36338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
asilverman@ag-ltd.com
abrougham@ag-ltd.com
tbowens@ag-ltd.com
**Counsel for the Debtor**

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.

1438357_1