UNITED STATES BANKRUPTCY COURT
Northern District of Illinois Eastern Division

| | |
|---|---|
| In re:<br>  RAS Data Services, Inc.,<br>      Debtor(s). | Case No.: 25-11837<br>Chapter: 11 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/10/2025, as directed by Adelman & Gettleman, Ltd., true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

---

DOCKET NO. 146 - ORDER: (a) APPROVING SALE PROCESS; (b) APPROVING PROCEDURES FOR   ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (c) EXCUSING PAGE LIMIT; (d) GRANTING   SHORTENED NOTICE; AND (e) SCHEDULING A PUBLIC AUCTION   AND A SALE APPROVAL HEARING

---

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/13/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**RAS Data Services, Inc. 25-11837**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26697 | ACNR, 46226 National Road, St. Clairsville, OH, 43950-8742 | First Class |
| 26697 | Acuity, 2800 South Taylor Street, Sheboygan, WI, 53081-8474 | First Class |
| 26697 | Acuity, A Mutual Ins Co, PO Box 58, Sheboygan, WI, 53082 | First Class |
| 26697 | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL, 60604-2027 | First Class |
| 26697 | Adam P. Silverman, Adelman & Gettleman, Ltd., 53 West Jackson Blvd., Suite 1050, Chicago, IL, 60604-3786 | First Class |
| 26697 | Adaptive Rail Solutions, 5713 Malliard Point Lane, Sylvania, OH, 43560-9280 | First Class |
| 26697 | Adelman & Gettleman Ltd, 53 W Jackson Blvd, Suite 1050, Chicago, IL, 60604-3786 | First Class |
| 26697 | AG PROCESSING INC, ATTN APRIL HOOK, 12700 W DODGE RD, OMAHA, NE, 68154-2154 | First Class |
| 26697 | Agridyne, LLC, 2700 West Lawrence Avenue, Springfield, IL, 62704-1181 | First Class |
| 26697 | Ahlstrom NA Specialty Solutions LLC, PO BOX 600, Kaukauna, WI, 54130-0600 | First Class |
| 26697 | Alexander F Brougham, Adelman & Gettleman, Ltd., 53 W. Jackson Blvd., Suite 1050, Chicago, IL, 60604-3786 | First Class |
| 26697 | Alliant Energy, 4902 North Biltmore Lane, Madison, WI, 53718 | First Class |
| 26697 | ALLIANT ENERGY, 300 E SHERIDAN AVE, CENTERVILLE, IA, 52544-2625 | First Class |
| 26697 | Altoona Area School District, P.O. Box 1967, Altoona, PA, 16603-1967 | First Class |
| 26697 | Ameren, PO BOX 66892, St. Louis, MO, 63166-6892 | First Class |
| 26697 | AMERICAN ELECTRIC POWER, 1 RIVERSIDE PLAZA 14TH FLOOR, COLUMBUS, OH, 43215 | First Class |
| 26697 | AMERICAN ELECTRIC POWER , ATTN JASON E REID, 1 RIVERSIDE PLAZA 13TH FLOOR, COLUMBUS, OH, 43215-2373 | First Class |
| 26697 | American Industrial Transportation, 620 North Second Street, St. Charles, MO, 63301-2081 | First Class |
| 26697 | American Iron & Metal, 9100 Blvd Henri-Bourassa East, Montreal, QC, H1E 2S4, Canada | First Class |
| 26697 | Americas Styrenics, 24 Waterway Avenue, Suite 1200, The Woodlands, TX, 77380-3289 | First Class |
| 26697 | Amrize , 6211 Ann Arbor Road, Dundee, MI, 48131-9527 | First Class |
| 26697 | Anacostia Rail Holdings, 224 South Michigan Avenue, Suite 330, Chicago, IL, 60604-2523 | First Class |
| 26697 | Andrew Wright - State Farm Agency , 640 N River Rd, Ste 114, Naperville, IL, 60563 | First Class |
| 26697 | Association of American Railroads, PO 98379, Washington, DC, 20090-8300 | First Class |
| 26697 | AT&T, PO 6963, Carol Stream, IL, 60197-6963 | First Class |
| 26697 | AT&T, c/o CT Corporation System, 208 S. LaSalle St., Chicago, IL, 60604-1000 | First Class |
| 26697 | Atel Equipment Services, 505 Montgomery Street, San Francisco, CA, 94111-6534 | First Class |
| 26697 | Attorney General of Illinois, Kwame Raul, 115 S. LaSalle St., Chicago, IL, 60603 | First Class |
| 26697 | Bassler Insurance , 611 Academy Drive, Northbrook, IL, 60062-2795 | First Class |
| 26697 | Blair County Tax Collection Bureau - EIT, 1419 3rd Ave., P.O. Box 307, Duncansville, PA, 16635-0307 | First Class |
| 26697 | Blue Cross, PO 65065, Dallas, TX, 75264 | First Class |
| 26697 | Blue Cross Blue Shield ILSGAM Unit, 3500 Lacey Road, Downers Grove, IL, 60515 | First Class |
| 26697 | BMC Group, 3732 W 120th St, Hawthorne, CA, 90250 | First Class |
| 26697 | BNSF Railway, 3115 Solutions Center, Chicago, IL, 60677-3001 | First Class |
| 26697 | Buck Services, 401 Industrial Drive, West Chicago, IL, 60185-1868 | First Class |
| 26697 | Buzzi-Unicem, 10401 North Meridian Street, Indianapolis, IN, 46290-1090 | First Class |
| 26697 | Buzzi-Unicem, 3301 S. Co. Rd. 150 W., Greencastle, IN, 46135-5510 | First Class |
| 26697 | CalPortland, 10655 West Park Run Drive, Suite 275, Las Vegas, NV, 89144-4591 | First Class |
| 26697 | CBTS, 1507 Solutions Center, Chicago, IL, 60697-0001 | First Class |
| 26697 | CBTS, c/o Illinois Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL, 62703-4261 | First Class |
| 26697 | CBTS, 25 Merchant St., Cincinnati, OH, 45246 | First Class |
| 26697 | Central Bi Products, PO BOX 319, Redwood Falls, MN, 56283-0319 | First Class |
| 26697 | CIT Rail, 30 South Wacker Drive, Suite 2900, CHICAGO, IL, 60606-7459 | First Class |
| 26697 | Citgo, PO BOX 4391, Houston, TX, 77210-4391 | First Class |
| 26697 | Cleveland-Cliffs, Inc., 3210 Watling Street, East Chicago, IN, 46312-1716 | First Class |
| 26697 | Combined Metals, 8470 KEELE STREET, CONCORD, ON, L4K 2S1, CANADA | First Class |
| 26697 | Comcast, PO 70219, Philadelphia, PA, 19176-0219 | First Class |
| 26697 | Comcast, c/o Illinois Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL, 62703-4261 | First Class |
| 26697 | Comed, 10 S. Dearborn St., 49th Floor, Chicago, IL, 60603-2300 | First Class |
| 26697 | ComEd, PO 6111, Carol Stream, IL, 60197-6111 | First Class |
| 26697 | Comptroller of Maryland, P.O. Box 17132, Baltimore, MD, 21297-0175 | First Class |
| 26697 | COMPTROLLER OF MARYLAND, BANKRUPTCY UNIT, 7 ST PAUL STREET SUITE 230, BALTIMORE, MD, 21202-1626 | First Class |
| 26697 | CWR Transportation, 1000 Holland Drive, Crete, IL, 60417-2120 | First Class |
| 26697 | Cynthia Ann McCarthy, 385 S. Hill Ave., Elmhurst, IL, 60126 | First Class |
| 26697 | DeFeo, 100 Banks Street, Suite 205, Seymour, CT, 06483-2806 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26697 | Department of Labor, P.O. Box 17291, Baltimore, MD, 21297-0365 | First Class |
| 26697 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 26697 | Detroit Edison, One Energy Plaza, Detroit, MI, 48226-1221 | First Class |
| 26697 | DJ Joseph (Nucor Logistics LLC), 300 Pike Street, Cincinnati, OH, 45202 | First Class |
| 26697 | Duke Energy, 526 South Church Street, Charlotte, NC, 28202-1802 | First Class |
| 26697 | Enkay Leasing, 600 KENILWORTH AVENUE, HAMILTON, ON, L8N 3J4, CANADA | First Class |
| 26697 | Everest Railcar Services, Inc, PO BOX 979, Bentonville, AR, 72712-0979 | First Class |
| 26697 | Evergy, 1200 Main St., Kansas City, MO, 64105-2100 | First Class |
| 26697 | Evergy, c/o Sharon L. Stolte, Sandberg Phoenix & von Gontard P.C., 4600 Madison Avenue, Suite 1000, Kansas City, MO, 64112-3042 | First Class |
| 26697 | Ferrous Processing & Trading, 3400 East Lafayette, Detroit, MI, 48207-4962 | First Class |
| 26697 | FeT Logistics, LLC, 231 East Water Street, Sandusky, OH, 44870-2527 | First Class |
| 26697 | FreightCar America Inc, Juan Carlos Fuentes Sierra, 125 Wacker, Chicago, IL, 60606-4477 | First Class |
| 26697 | Goldstein Skrodzki, 835 McClintock Drive, Burr Ridge, IL, 60527-3510 | First Class |
| 26697 | HAB-EIT, P.O. Box 25132, Lehigh Valley, PA, 18002-5132 | First Class |
| 26697 | HAB-LST, P.O. Box 25156, Lehigh Valley, PA, 18002-5156 | First Class |
| 26697 | Hearne & Associates, 19250 Everett Lane, #200, Mokena, IL, 60448 | First Class |
| 26697 | Hearne & Associates , 19250 Everett Lane, Mokena, IL, 60448-8964 | First Class |
| 26697 | Holcim Cement (Amrize), 6211 Ann Arbor Road, Dundee, MI, 48131-9527 | First Class |
| 26697 | ILLINOIS DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 19035, SPRINGFIELD, IL, 62794-9035 | First Class |
| 26697 | Illinois Dept of Employment Security, Benefit Payment Control Division, Chicago, IL, 60680 | First Class |
| 26697 | Illinois Dept. of Employment Security, P.O. Box 19300, SPRINGFIELD, IL, 62794-9300 | First Class |
| 26697 | Incobrasa Industries, 540 US Highway 24, Gilman, IL, 60938-6078 | First Class |
| 26697 | INDIANA DEPARTMENT OF REVENUE, ATTN BANKRUPTCY, 100 N SENATE AVE, INDIANAPOLIS, IN, 46204-2253 | First Class |
| 26697 | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT, ATTENTION LILLIAN BAILEY, 10 N SENATE AVENUE SE109, INDIANAPOLIS, IN, 46204-2201 | First Class |
| 26697 | Indiana Dept. of Revenue, P.O. Box 7221, INDIANAPOLIS, IN, 46207-7221 | First Class |
| 26697 | Indiana Harbor Belt, 2721 161st Street, Hammond, IN, 46323-1099 | First Class |
| 26697 | Indurante & Associates, PO 8566, Prairie Village, KS, 66208-0566 | First Class |
| 26697 | Indurante & Associates, 1930 Village Center Circle, Suite 3-442, Las Vegas, NV, 89134 | First Class |
| 26697 | Infinity Transportation, 201 17th Street NW, Suite 410, Atlanta, GA, 30363-1232 | First Class |
| 26697 | Ingredion, 5 Westbrook Corporate Center, Westchester, IL, 60154-5749 | First Class |
| 26697 | INSTAR, 2001 Route 46, Suite506, Parsippany, NJ, 07054-1385 | First Class |
| 26697 | Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL, 60604-1705 | First Class |
| 26697 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 26697 | International Paper, 6400 Poplar Avenue, Memphis, TN, 38197-0198 | First Class |
| 26697 | Interstate Waste, 65 Central Avenue, Kearny, NJ, 07032-4602 | First Class |
| 26697 | Iron Horse Rail Logistics, 114 Barrington Town Square, Suite 313, Aurora, OH, 44202-7792 | First Class |
| 26697 | JAIX Leasing, 125 South Wacker Drive, Suite 1500, Chicago, IL, 60606-4477 | First Class |
| 26697 | JOC Group, PO 847193, Dallas, TX, 75284-7193 | First Class |
| 26697 | John G. Zoller, 729 Glengarry Ct., Pittsburgh, PA, 15239 | First Class |
| 26697 | KBSR Railroad, PO BOX 119, Iroquois, IL, 60945-0119 | First Class |
| 26697 | Keystone Collections Group - EIT, 546 Wendel Road, Irwin, PA, 15642-7539 | First Class |
| 26697 | Keystone Collections Group - LST, 546 Wendel Road, Irwin, PA, 15642-7539 | First Class |
| 26697 | Lafarge Aggregates (Amrize), 6211 Ann Arbor Road, Dundee, MI, 48131-9527 | First Class |
| 26697 | Landmark American Insurance Company, 945 East Paces Ferry Rd., Suite 1800, Atlanta, GA, 30326 | First Class |
| 26697 | Lhoist, PO BOX 985004, Fort Worth, TX, 76185-5004 | First Class |
| 26697 | Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL, 60604-1705 | First Class |
| 26697 | Marathon, 17100 Ridgewood Parkway, San Antonio, TX, 78259 | First Class |
| 26697 | Maryland Department of Labor, Legal Services and Collection, 100 South Charles St., 3rd Floor, Baltimore, MD, 21201-2709 | First Class |
| 26697 | Mauer & Maddoff, LLC, 2615 Three Oaks Rd.,, Suite 1C2, Cary, IL, 60013-6119 | First Class |
| 26697 | Max Benkert, P.O. Box 858, Hebron, IN, 46341 | First Class |
| 26697 | MGQ, 1525 West County Road 42, Tiffin, OH, 44883-8457 | First Class |
| 26697 | Michael D. Calomino (or his designated successor), as Trustee of the Michael Calomino Trust, under Agreement dated June 27, 2024, 2868 Ivy Meadow Ct., Frederick, MD, 21704 | First Class |
| 26697 | MMJR, LLC, 1440 Maple Avenue, Suite 7B, Lisle, IL, 60532 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26697 | MMJR, LLC , 1440 Maple Avenue, Lisle, IL, 60532-4134 | First Class |
| 26697 | Modern Rail Capital, 1 South Wacker Drive, Suite 3110, Chicago, IL, 60606-4696 | First Class |
| 26697 | Modern Rail Capital LLC | None |
| 26697 | Motive Care and Supply, 2930 Albert Pike Road, Hot Springs, AR, 71913-2616 | First Class |
| 26697 | MRXX Leasing, 20201 East Country Club Drive, #2008, Aventura, FL, 33180-3286 | First Class |
| 26697 | Murray Energy, 46226 National Road, St. Clairsville, OH, 43950-8742 | First Class |
| 26697 | National Steel Car, 600 Kenilworth Avenue, Hamilton, ON, L8N 3J4, Canada | First Class |
| 26697 | NEBRASKA DEPARTMENT OF REVENUE, ATTENTION BANKRUPTCY UNIT, PO BOX 94818, LINCOLN, NE, 68509-4818 | First Class |
| 26697 | Nebraska Dept. of Revenue, P.O. Box 98915, LINCOLN, NE, 68509-8915 | First Class |
| 26697 | Nebraska UC Fund, P.O. Box 94600, LINCOLN, NE, 68509-4600 | First Class |
| 26697 | Nevada Gold Mines , 1655 MOUNTAIN CITY HIGHWAY, ELKO, NV, 89801-2800 | First Class |
| 26697 | Newmont Nevada Energy Investment, LLC, 1655 MOUNTAIN CITY HIGHWAY, ELKO, NV, 89801 | First Class |
| 26697 | Nicholas R Dwayne, Adelman Gettleman Ltd., 53 W Jackson St., Suite 1050, Chicago, IL, 60604-3786 | First Class |
| 26697 | Nicor, 1844 Ferry Rd., Naperville, IL, 60563-9600 | First Class |
| 26697 | Nicor, PO 6402, Carol Stream, IL, 60197-6402 | First Class |
| 26697 | Nicor Gas, PO Box 549, Aurora, IL, 60507-0549 | First Class |
| 26697 | Northern Indiana Public Service, 801 EAST 86TH AVENUE, MERRILLVILLE, IN, 46410-6271 | First Class |
| 26697 | Northwestern Mutual, PO 2754, Portland, OR, 97208-2754 | First Class |
| 26697 | Northwestern Mutual - Custodian, 720 E Wisconsin Ave, Milwaukee, WI, 53202 | First Class |
| 26697 | NRG Energy, 804 CARNEIGIE CENTER, PRINCETON, NJ, 08540-6023 | First Class |
| 26697 | Nucor Logistics LLC , 300 Pike Street, Cincinnati, OH, 45202-4241 | First Class |
| 26697 | Official Committee of Unsecured Creditors, 233 S. Wacker Drive, Suite 6950, Chicago, IL, 60606-6395 | First Class |
| 26697 | Oklahoma Gas & Electric, 321 North Harvey Avenue, Oklahoma City, OK, 73102-3449 | First Class |
| 26697 | Paducah & Louisville Railway, 200 Clark Street, Paducah, KY, 42003-1701 | First Class |
| 26697 | Pennsylvania Dept of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA, 17128-0946 | First Class |
| 26697 | Pennsylvania Dept. of Revenue, P.O Box 280904, Harrisburg, PA, 17128-0904 | First Class |
| 26697 | Pennsylvania UC Fund, P.O. Box 68568, Harrisburg, PA, 17106-8568 | First Class |
| 26697 | Pershing LLC and Pershing, LLC, 1475 E. Woodfield Rd., STE 900, SCHAUMBURG, IL, 60173-5494 | First Class |
| 26697 | Pershing_LLC and Pershing-LLC, 1 Pershing Plaza, JERSEY CITY, NJ, 07399-0001 | First Class |
| 26697 | Philip J. Strieter, 1631 Golfview Drive, Darien, IL, 60561 | First Class |
| 26697 | Pitney Bowes, PO 981022, Boston, MA, 02298-1022 | First Class |
| 26697 | Primient, 2200 East El Dorado Street, Decatur, IL, 62521-1578 | First Class |
| 26697 | Progress Rail, 1616 Burlington Pike, Suite D, Florence, KY, 41042-1099 | First Class |
| 26697 | ProgressRail Leasing, c/o Courtney T. Joiner, McGlinchey Stafford, PLLC, 450 Laurel Street, Suite 1500, Baton Rouge, LA, 70801-1817 | First Class |
| 26697 | Prolec, 400 South Prairie Avenue, Waukesha, WI, 53186-5969 | First Class |
| 26697 | Rail Connection, PO BOX 800, Eleanor, WV, 25070-0800 | First Class |
| 26697 | Railcar Management Inc., PO 779150, Chicago, IL, 60677-9150 | First Class |
| 26697 | Railcar Management Inc., 600 Peachtree Street NE, Suite 800, Atlanta, GA, 30308 | First Class |
| 26697 | Railinc, 11000 Weston Pky Ste 200, Cary, NC, 27513-2261 | First Class |
| 26697 | Raltrac, 106 West Calendar Court, #310, LaGrange, IL, 60525-2325 | First Class |
| 26697 | RAS Data Services, Inc., 1510 Plainfield Rd., Suite 3, Darien, IL, 60561-5611 | First Class |
| 26697 | RESIDCO, Three Chase Plaza, Suite 2200, Chicago, IL, 60602 | First Class |
| 26697 | Robert J. Gordon, 413 Lindley Road, Westmont, IL, 60559-2224 | First Class |
| 26697 | Samson MCA LLC, 1545 Route 202 Suite 101, Pomona, NY, 10970-2951 | First Class |
| 26697 | Sierra Northern Railroad, 1745 Enterprise Blvd., West Sacramento, CA, 95691-3457 | First Class |
| 26697 | Sierra Northern Railroad, 341 Industrial Way, Woodland, CA, 95776-6012 | First Class |
| 26697 | Southwestern Rail Industries, PO BOX 65, Weimar, TX, 78962-0065 | First Class |
| 26697 | St. Mary`s, 9333 Dearborn Street, Detroit, MI, 48209-2624 | First Class |
| 26697 | St. Mary`s Cement, 912 N. Shabbona St., STREATOR, IL, 61364 | First Class |
| 26697 | State Disbursement Agent, P.O. Box 5400, Carol Stream, IL, 60197-5400 | First Class |
| 26697 | State Farm, PO 680001, Dallas, TX, 75368-0001 | First Class |
| 26697 | State Farm - Cravatta Insurance Agency, 491 Roosevelt Rd., Glen Ellyn, IL, 60137 | First Class |
| 26697 | Stephen M. Calomino, 1047 Rain Tree Drive, Bolingbrook, IL, 60440-1077 | First Class |
| 26697 | Steven B Chaiken, Adelman & Gettleman, 53 W Jackson Blvd, Ste. 1050, Chicago, IL, 60604-3786 | First Class |
| 26697 | STREATOR ONIZED CREDIT UNION, 912 N SHABBONA ST, STREATOR, IL, 61364-2000 | First Class |
| 26697 | Strickland Trading, 101 Carmoustie, Shoal Creek, AL, 35242-5949 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26697 | Sultran, 600 205 Fifth Avenue SW, Calgary, AB, T2P 2V7, Canada | **First Class** |
| 26697 | Tennessee Valley Authority, 400 W SUMMIT HILL DR, KNOXVILLE, TN, 37902 | **First Class** |
| 26697 | Tevin D. Bowens, Adelman & Gettleman Ltd., 53 W. Jackson Blvd., Suite 1050, 60604, Suite 1050, Chicago, IL, 60604 | **First Class** |
| 26697 | TN Department of Labor & Workforce Devel, 220 French Landing Dr., Nashville, TN, 37243-1002 | **First Class** |
| 26697 | TN Dept of Labor - U.I. Recovery Unit, c/o TN Attorney General`s Office, Bankruptcy Division, PO Box 20207, Nashville, TN, 37202-4015 | **First Class** |
| 26697 | TN Dept of Labor & Worforce Dev, c/o Tennessee Attorney General`s Of, Bankruptcy Division, P.O. Box 20207, Nashville, TN, 37202-4015 | **First Class** |
| 26697 | TN Dept of Revenue, c/o TN Attorney General`s Office, Bankruptcy Division, PO Box 20207, Nashville, TN, 37202-4015 | **First Class** |
| 26697 | TN Dept of Revenue, c/oTN Attorney General`s Office, Bankruptcy Division, PO Box 20207, Nashville, TN, 37202-4015 | **First Class** |
| 26697 | Trap Rock & Granite Quarries, One Racehorse Drive, East St. Louis, IL, 62205-1001 | **First Class** |
| 26697 | Travelers Excess and Surplus Lines Compa    c/o Bassler Insurance, 611 Academy Drive, Northbrook, IL, 60062-2795 | **First Class** |
| 26697 | Trinity Chemical, 4621 East 91st Street, Tulsa, OK, 74137-2852 | **First Class** |
| 26697 | TVA , 400 W SUMMIT HILL DR, KNOXVILLE, TN, 37902-1419 | **First Class** |
| 26697 | Twin Cities & Western Railroad, 2925 12th Street, Glencoe, MN, 55336-3368 | **First Class** |
| 26697 | U.S. Bankruptcy Court, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL, 60604-1702 | **First Class** |
| 26697 | Unum, PO 406927, Atlanta, GA, 30384-6927 | **First Class** |
| 26697 | US Lime, 5429 LBJ Freeway, Suite 230, Dallas, TX, 75240-2666 | **First Class** |
| 26697 | Valley Railcar, PO BOX 249, RETSOF, NY, 14539-0249 | **First Class** |
| 26697 | Valley Railcar Management, PO BOX 249, Retsof, NY, 14539-0249 | **First Class** |
| 26697 | Vedder Price P.C., 222 N. LaSalle St., Ste. 2600, Attention: William W. Thorsness, Brooke H. Blackwell 60601-1104, Chicago, IL, 60601 | **First Class** |
| 26697 | Vistra, 6555 Sierra Drive, Irving, TX, 75039-2479 | **First Class** |
| 26697 | VSP, PO 742135, Los Angeles, CA, 90074-2135 | **First Class** |
| 26697 | Wabtec, 30 Isabella Street, Pittsburgh, PA, 15212-5862 | **First Class** |
| 26697 | Walter Haffner Company, PO BOX 16111, Mobile, AL, 36616-0111 | **First Class** |
| 26697 | Wells Fargo Rail, 9377 West Higgins Road, Suite 600, Rosemont, IL, 60018-4973 | **First Class** |
| 26697 | Wheeling & Lake Erie Railroad, 100 East First Street, Brewster, OH, 44613-1200 | **First Class** |
| 26697 | William L. Zoller, 8005 Bisque Terrace, Henrico, VA, 23238 | **First Class** |
| 26697 | XCEL Energy, 3500 Blake Street, 2nd Floor, Denver, CO, 80205-5786 | **First Class** |