### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS Data Services, Inc., | ) | Case No. 25-11837 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Michael B. Slade |

### SECOND NOTICE OF OMNIBUS HEARINGS

Pursuant to Local Rule 9090-3, all motions and other Requests for Relief in the above-captioned chapter 11 cases shall be noticed for scheduled Omnibus Hearings, unless the motion is an emergency under Local Rule 9013-2.

The following Omnibus Hearings are scheduled:

- **Thursday, January 15, 2026, at 10:30 a.m.**
- **Thursday, February 19, 2026, at 1:00 p.m.**
- **Thursday, March 19, 2026, at 9:30 a.m.**

Unless otherwise ordered, Omnibus Hearings will be conducted in-person in the courtroom (Courtroom 642, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago) or by video using Zoom for Government. View Judge Slade's Remote/Zoom Information tab for complete details.

As set forth in Judge Slade's Court Procedures, all trials and evidentiary hearings are in-person. For matters that do not involve witness testimony, in-person attendance for the presentment of motions and requests for relief is preferred, but remote participation is permitted where in-person attendance would be particularly inconvenient or unduly costly.

Date: December 18, 2025

By: /s/ MSL

MICHAEL B. SLADE
UNITED STATES BANKRUPTCY JUDGE