# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

## REPORT OF SALE

Pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1), RAS Data Services, Inc., debtor and debtor-in-possession herein, hereby reports that, in accordance with the *Order (A) Approving the Sale of Substantially All of the Assets of the Debtor Free and Clear of Encumbrances; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (Dkt. No. 196, the "**Sale Approval Order**"), it has sold the assets set forth in the Sale Approval Order, for the consideration set forth therein, to AllTranstek, L.L.C., a Nevada limited liability company, on this 16th day of January, 2026.

Respectfully Submitted,

RAS DATA SERVICES, INC.

By: /s/ Alexander F. Brougham
Counsel for the Debtor

ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
NICHOLAS R. DWAYNE, ESQ. (ARDC #6308927)
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
asilverman@ag-ltd.com
abrougham@ag-ltd.com
tbowens@ag-ltd.com
**Counsel for the Debtor**

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.