# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

## MONTHLY CRO REPORT

Sandor Jacobson, a partner and leader of the restructuring practice at the public accounting and business advisory firm of Plante & Moran, PLLC ("**Plante Moran**"), currently serving as the chief restructuring officer, chief executive officer, secretary, and treasurer of RAS Data Services, Inc. (the "**Debtor**"), hereby submits, pursuant to that certain *Order Granting Motion of Debtor To Employ Plante Moran, PLLC to Fill Chief Restructuring Officer and Related Officer Positions and Provide Temporary Staff and for Limited Notice Thereof* entered on September 12, 2025 (Dkt. No. 111, the "**Plante Moran Retention Order**"), hereby submits the monthly CRO report of Plante Moran (the "**CRO Report**") for the month of December 1, 2025, through December 31, 2025 (the "**Period**"):

**I.    Required Contents of Report**

As set forth in the Plante Moran Retention Order, Plante Moran is required to file with the Court monthly CRO Reports summarizing: (i) the services provided by Plante Moran and its staff during the prior month; (ii) the compensation earned by each such person during the prior month; and (iii) any reimbursable expenses incurred in the prior month. Plante Moran Retention Order, ECF No. 111, ¶ 3(a).

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.

1

II.  **Summary of Services Provided**

The services of Plante Moran and its staff during the Period are summarized in the itemized list attached hereto as **Exhibit A**. These services may be further summarized, on a non-exclusive basis, as follows:

- Participation in bi-weekly meetings with minority shareholders, counsel, and SID;

- Daily employee communications and stabilization activities; participation in all-hands meetings with the employee base to provide status updates on the sale process, retention by purchaser, benefits, vacation accrual, stay bonus, and field numerous questions;

- Daily treasury management activities, including transfers of management fees and trust funds pursuant to the *Order Authorizing Post-Petition Operating Procedures Outside the Ordinary Course of Business*, Dkt. No. 63 (the "**Operating Procedures Order**");

- Review of biweekly payroll prepared by the Debtor's payroll processor, Hearne & Associates, P.C.;

- Review of weekly cash flow budget-to-actual comparison and presentation to Oxford Restructuring Advisors, LLC ("**Oxford**"), the financial advisor for the Official Committee of Unsecured Creditors;

- Responses to financial and operational questions posed by Oxford and counsel to the UCC;

- Preparation for and attendance at sale hearings on 12/18/25 and 12/23/25;

- Preparation for and participation in "town hall" meeting of employees;

- Support for counsel with financial and operational information as requested;

- Preparation of the Debtor's November monthly operating report and monthly cash basis financials;

- Ongoing communications with customers regarding case status, implementation of the Operating Procedures Order, sale process, and other inquiries;

- Assistance with the preparation of motions and supporting documents filed by the Debtor;

- Review of monthly invoicing and cash collection activities to ensure management fees are paid;

- Collection activities with respect to past-due management fees;

2

- Continued population of data room with financial and operational diligence items;

- Participation in asset-sale-related activities, including participation in strategy meetings with other senior management and counsel, and review and revision of related documents;

- Participation in videoconferences with the Debtor's investment banker and potential buyers;

- Attendance at and participation in the auction on 12/2/2025 and post-auction strategic discussions leading up to the resumed auction on 12/11/2025;

- Attendance at and participation in the resumed auction on 12/11/2025;

- Several meetings with counsel to review discovery requests in connection with adversary proceeding;

- Continued responses to discovery requests in connection with adversary proceeding;

- Review and supervision of accounts payable and weekly disbursements;

- Ongoing support discussions with the ad valorem tax services provider and review of amounts paid by customers; and

- Meeting with criminal counsel retained by the Debtor in connection with the government's investigation into the Debtor's former CEO.

### III. Compensation Earned and Expenses Incurred During the Period

The compensation earned by Plante Moran and its staff during the Period, totaling $99,848.86, is summarized as follows:

| Professional | Level | Discounted Rate | Hours | Amount |
|---|---|---|---|---|
| Sandor Jacobson | Partner | $ 600.00 | 90.25 | $ 54,150.00 |
| Katherine Holman | Consultant | $ 185.00 | 4.00 | $ 740.00 |
| James Gaylor | Senior Manager | $ 345.00 | 118.00 | $ 40,710.00 |
| | | | 212.25 | $ 95,600.00 |

| Professional | Level | Discounted Travel Rate | Hours | Amount |
|---|---|---|---|---|
| Sandor Jacobson | Partner | $ 300.00 | 5.50 | $ 1,650.00 |
| James Gaylor | Senior Manager | $ 172.50 | 10.50 | $ 1,811.25 |
| | | | 16.00 | $ 3,461.25 |
| | | | Subtotal | $ 99,061.25 |
| | | | Expenses | $ 787.61 |
| | | | | $ 99,848.86 |

3

The reimbursable expenses incurred by Plante Moran during the Period, which total $787.61, are identified in the list attached hereto as **Exhibit B**.

### IV. Payment of Compensation and Expenses

Pursuant to the Plante Moran Retention Order, parties in interest are given ten (10) days from the filing of a CRO Report to file an objection stating with specificity the basis therefor. If no timely objection is filed, the compensation and expenses set forth in the CRO Report are deemed approved, and the Debtor is authorized to pay 100% of such compensation and expenses without holdback.

During the Period, Plante Moran earned compensation in the amount of $99,061.25 and incurred expenses in the amount of $787.61, totaling $99,848.86. In accordance with the Plante Moran Retention Order, if no objection is timely filed, Plante Moran intends to receive payment from the Debtor in the amount of $99,848.86 to be applied against invoice number 10606495 **Exhibit C**.

By _____
Sandor Mark Jacobson, CPA

**This CRO Report Prepared by:**

SANDOR MARK JACOBSON, CPA
PLANTE & MORAN, PLLC
10 South Riverside Plaza, Suite 750
Chicago, IL 60606
Telephone: (312) 928-5387

# Exhibit A to

*Monthly CRO Report*:

# Summary of Services

RAS Data Services, Inc CRO Services December 2025 — EX. A

| Date | Professional | Level | Rate Type | Hours | On Site | Memo |
|---|---|---|---|---|---|---|
| 12/1/2025 | James Gaylor | Senior Manager | Standard Rate | 7.90 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; preparation of support for transfers between RAS bank accounts per BK order; review of monthly credits for RR clients and conversations with RAS staff/President; preparation of extended TWCF/budget and conversations/emails to track down the appropriate detail; one-off issue related to cash receipt applications with RAS staff |
| 12/1/2025 | Sandor Jacobson | Partner | Standard Rate | 4.25 | No | Daily treasury management; attend court hearing; call with Atel and Ibanker related to sale; review of funds transfer 11-16 to 11-30; review of TWCF budget; general email matters ; employee matters; call with Rob Gordon; IFT sideways fund tally; Atel and auction decision; IFT moving to Greenbriar and related discussions; open AR to JK at IFT; Staffing discussions RE) BH; |
| 12/2/2025 | James Gaylor | Senior Manager | Standard Rate | 7.50 | No | Daily cash, AP, and AR tracking; review and continued prep of extended TWCF/budget; meetings with CRO to discuss extended TWCF/budget; one-off items for President including claims detail prep and looking into older transactions for a RAS staff; finalizing listing of erroneous post-petition cash receipt and conversations with A&G to get money moving |
| 12/2/2025 | Sandor Jacobson | Partner | Standard Rate | 6.50 | No | Daily treasury management; attend and participate in auction and related auction activities at Livingstone offices; BE retention; IFT open AR to counsel; general customer matters; extended weekly cash flow for review to debtor team; monthly credits customers |
| 12/3/2025 | James Gaylor | Senior Manager | Standard Rate | 8.10 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; preparation and communication of vendor disbursements to CRO and President; cutting checks to vendors for November credits and repair expenses and positive pay upload; preparation of extended TWCF and budget as well as prep of BtoA; Emails with GUC FA; preparation and research of one-off items from RAS staff and President including providing claims details and looking into old transactions |
| 12/3/2025 | Sandor Jacobson | Partner | Standard Rate | 6.75 | Yes | Daily treasury management; call with debtor team and counsel to discuss Infinity litigation and discovery status; discussions with debtor team and SID to counter ATT offer; data room discussion with I Banker; November bank statement download; CIT call with counsel and SID; follow up with potential buyers; credit payments to clients; general cash rec matters with James G |
| 12/3/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/3/2025 | Sandor Jacobson | Partner | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/4/2025 | James Gaylor | Senior Manager | Standard Rate | 7.40 | No | Daily cash, AP, and AR tracking; review of November bank reconciliations prepared by PM staff; finalization of extended TWCF and deliver to GUC FA; research on one-off items affecting vendors/customers; pulling together vendor invoices for CRO to pay |
| 12/4/2025 | Katherine Holman | Consultant | Standard Rate | 2.00 | No | November bank reconciliation for CRO |
| 12/4/2025 | Sandor Jacobson | Partner | Standard Rate | 4.25 | No | Daily treasury management; CRO report preparation for Nov; review of Nov MOR draft; review of Nov bank rec; final TWCF extension; status call with SID and counsel regarding sale and case; stay bonus communication; cash flow updates with James G.; IFT outreach regarding sale; call with Hearne regarding stay bonus payment; AAR manuals |
| 12/5/2025 | James Gaylor | Senior Manager | Standard Rate | 5.80 | No | Daily cash, AP, and AR tracking; preparation of benefits withholdings for RAS employees for 2026; finalizations of October MOR with A&G; research and emails on one-off issues such as payee not being able to cash a RAS check and cash application from a payor; initial work on November F/S |
| 12/5/2025 | Sandor Jacobson | Partner | Standard Rate | 2.50 | No | Daily treasury management; call with counsel, SID and minority shareholders; call with I banker and GUCC to discuss sale; call with Rob G and Max B regarding sale; call with Infinity on business matters; open AR review for collection calls; post auction follow up with debtor team, SID, GUCC and counsel + I Banker to decide path forward |
| 12/8/2025 | James Gaylor | Senior Manager | Standard Rate | 7.30 | No | Daily cash, AP, and AR tracking; preparation of TWCF BtoA and training of PM staff to take over; preparation of benefits withholdings for RAS employees for 2026; finalizations of October MOR with A&G; conversation with President over a variety of random topics including cash applications |
| 12/8/2025 | Sandor Jacobson | Partner | Standard Rate | 4.50 | No | Daily treasury management; prepare for and attend hearing; disbursements and recording; post auction call with debtor team, GUCC, FA, SID, and I Banker; finalize MOR for filing |
| 12/9/2025 | James Gaylor | Senior Manager | Standard Rate | 7.20 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; Preparation and communication on a batch of disbursements via NACHA; Working on preparing a cash reconciliation from the start of BK to current to prepare for pending sale; finalization of TWCF BtoA and sending to Oxford; Investigating root cause of duplicate payment and responding to RAS staff; preparation of claims detail for certain customers and other one-off requests from President; Updating vendor banking information on JPM website |
| 12/9/2025 | Sandor Jacobson | Partner | Standard Rate | 5.75 | Yes | Daily treasury management; status call with Max B on sale and access to buyer; employee call to report out on sale; disbursements per budget; credits payments across several clients; summary of held funds to IFT; draft email to employees regarding sale to counsel |
| 12/9/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/9/2025 | Sandor Jacobson | Partner | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/10/2025 | James Gaylor | Senior Manager | Standard Rate | 6.50 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; Working on preparing a cash reconciliation from the start of BK to current to prepare for pending sale; finalization of TWCF BtoA and sending to Oxford; Investigating root cause of duplicate payment and responding to RAS staff; compiling vendor invoices for CRO to pay; conversation with President over a variety of topics |
| 12/10/2025 | Katherine Holman | Consultant | Standard Rate | 0.50 | No | Discussion of Budget vs Actuals |
| 12/10/2025 | Sandor Jacobson | Partner | Standard Rate | 5.50 | No | Daily treasury management; review TWCF budget to actual; discuss auction resumption; review November financials and MOR; upload to data room; key employee discussions on sale; mileage records from RG for 2025 to be billed; general daily matters; benefits and related matters |
| 12/10/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/11/2025 | James Gaylor | Senior Manager | Standard Rate | 7.60 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; calculation of cash transfers between accounts per BK order with CRO; Call with Livingstone, A&G, GUC, potential buyers, and CRO to resume and finalize auction; preparation of November F/S and MOR; one-off request from President related to claims and cash activity; working on preparing a cash reconciliation from the start of BK to current to prepare for pending sale; |
| 12/11/2025 | Sandor Jacobson | Partner | Standard Rate | 5.00 | No | Daily treasury management; transfer funds to CRB; prep for and attend resumed auction; TVA payment and other open AR review; review of funds to release to TVA, release of TVA funds; reconciliation of CRB with James G |
| 12/11/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/12/2025 | James Gaylor | Senior Manager | Standard Rate | 6.10 | No | Daily cash, AP, and AR tracking; primarily working on preparing a cash reconciliation from the start of BK to current to prepare for pending sale; research and response on one-off issues from RAS staff and CRO; review of APA changes |
| 12/12/2025 | Sandor Jacobson | Partner | Standard Rate | 4.50 | No | Daily treasury management; reconcile accounts; call with counsel and SID regarding litigation in case; broker on wcomp renewal and other insurance; disbursements to clients; TVA email on funds to release; buyer diligence items |
| 12/13/2025 | Sandor Jacobson | Partner | Standard Rate | 0.50 | No | Daily treasury management; general email related matters; APA review |
| 12/14/2025 | Sandor Jacobson | Partner | Standard Rate | 2.00 | No | Daily treasury management; call with counsel to discuss case status; November CRO report ; APA review for business related matters; account reconciliations as of petition |
| 12/15/2025 | James Gaylor | Senior Manager | Standard Rate | 6.80 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; Cutting checks for November customer credits; Call with Livingstone, A&G, and CRO to discuss next steps post auction; preparation of November F/S and MOR; preparation of TWCF budget vs. actual with PM staff; one-off request from President related to claims and cash activity |
| 12/15/2025 | Katherine Holman | Consultant | Standard Rate | 1.00 | No | Budget vs actual for cash flow |

EX. A

| Date | Professional | Level | Rate Type | Hours | On Site | Memo |
|---|---|---|---|---|---|---|
| 12/15/2025 | Sandor Jacobson | Partner | Standard Rate | 4.75 | No | Daily treasury management; attend court hearing; call with counsel and I banker; review of APA; CRO report for November ; check in with Rob G; discuss non assigned clients; review budget to actual; owner funds call with counsel |
| 12/15/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/16/2025 | James Gaylor | Senior Manager | Standard Rate | 5.30 | No | Daily cash, AP, and AR tracking; Pulling and documenting operational invoices to be paid by CRO; preparation of budget vs. actual and communication with Oxford Advisors; preparation of PTO schedule and other request from A&G related to sales motion |
| 12/16/2025 | Katherine Holman | Consultant | Standard Rate | 0.50 | No | Budget vs actual |
| 12/16/2025 | Sandor Jacobson | Partner | Standard Rate | 3.75 | No | Daily treasury management; call with I Banker regarding employee access to buyer; owner funds email to counsel; Max B and buyer intro; payroll response to counsel and buyer |
| 12/17/2025 | James Gaylor | Senior Manager | Standard Rate | 1.90 | No | Daily cash, AP, and AR tracking; preparing support for cash transfer from Savings account to CRB Checking account; conversations with CRO on various topics related to the BK case |
| 12/17/2025 | Sandor Jacobson | Partner | Standard Rate | 3.25 | No | Daily treasury management; call with Max B and I Banker; transfer of funds to CRB and reconciliation; general daily CRO matters |
| 12/18/2025 | James Gaylor | Senior Manager | Standard Rate | 4.40 | No | Daily cash, AP, and AR tracking; Zoom Conference for Sales Motion Hearing; compiling all erroneous cash receipts and other CRO requests prior to the sales motion hearing; beginning preparations for large NACHA batch to pay repair vendors on behalf of RAS creditors |
| 12/18/2025 | Sandor Jacobson | Partner | Standard Rate | 4.00 | No | Daily treasury management; pre hearing; attend sale approval hearing; post hearing debrief with counsel; call with buyer and Max B; status check in with Rob G; review of erroneous payment schedule |
| 12/19/2025 | James Gaylor | Senior Manager | Standard Rate | 6.90 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking; preparation of batch payment of repair vendors and cutting checks for repair vendors; clearing payment issue with repair vendor and Chase Bank; researching deposits and ensuring all checks were deposited into the appropriate account |
| 12/19/2025 | Sandor Jacobson | Partner | Standard Rate | 7.00 | Yes | Daily treasury management; attend call with buyer to discuss transition items while onsite; prepare declaration for filing regarding sale; cash flow review; prep for site visit from buyer; lease review and landlord emial to counsel; stay bonus calc and send to Hearne; disbursements |
| 12/19/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/19/2025 | Sandor Jacobson | Partner | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/20/2025 | Sandor Jacobson | Partner | Standard Rate | 0.50 | No | Daily treasury management; general email review; address RG question about discovery for former employees and counsel |
| 12/22/2025 | James Gaylor | Senior Manager | Standard Rate | 8.10 | No | Daily cash, AP, and AR tracking; finalization of November MOR preparation and review with CRO; discussion with CRO and president on billing of software usage to customers; finalization of PTO balances schedule; phone call with creditor to discuss their improper taking of a pre-petition credit post-petition; conversation with RAS staff accountant about "cash in suspense" and tracing these amount prior to month-end; preparing an income verification request for UNUM's 2026 renewal; preparation of detailed claims schedules for 2 creditors; research into claim of duplicate payment for a creditor |
| 12/22/2025 | Sandor Jacobson | Partner | Standard Rate | 3.50 | No | Daily treasury management; call with Indurante; follow up with TVA to release funds; UNUM email; mileage billing; payroll review |
| 12/23/2025 | James Gaylor | Senior Manager | Standard Rate | 4.10 | No | Daily cash, AP, and AR tracking; preparation of detail behind creditor's claim; video call with President to try and resolve an issue around cash receipts/disbursements for one creditor; NACHA payment review |
| 12/23/2025 | Sandor Jacobson | Partner | Standard Rate | 5.00 | Yes | Daily treasury management; attend continued sale approval hearing; stay bonus details and approval to Hearne; disbursements per budget; respond to Max B (re Instar); OmniTRAX CIT payment response to Rob G; BCBS Jan bill review and pay; |
| 12/23/2025 | Sandor Jacobson | Partner | Travel Rate | 1.00 | Yes | Travel to and from Darien, IL |
| 12/24/2025 | Sandor Jacobson | Partner | Standard Rate | 0.50 | No | Daily treasury management; buyer email for notice to clients for riders; review IFT settlement offer from GUCC |
| 12/25/2025 | Sandor Jacobson | Partner | Standard Rate | 0.50 | No | Daily treasury management; client riders email review |
| 12/26/2025 | Sandor Jacobson | Partner | Standard Rate | 1.00 | No | Daily treasury management; review emails to clients for riders; Rob G stay bonus and simple IRA vs cash out; email to counsel regarding FBI interview |
| 12/29/2025 | James Gaylor | Senior Manager | Standard Rate | 4.70 | No | Daily cash, AP, and AR tracking; preparation of large batch payments to repair vendors on behalf of RAS clients; continued reconciliation and verification of funds on hand and ensuring no loose ends in preparation for sale; |
| 12/29/2025 | Sandor Jacobson | Partner | Standard Rate | 2.00 | No | Daily treasury management; stay bonus #2 finalize; Residco year end vendor payment request |
| 12/30/2025 | James Gaylor | Senior Manager | Standard Rate | 4.40 | Yes | On-Site at RAS; Daily cash, AP, and AR tracking;  cutting checks for repair vendors; budget vs. actual for TWCF; call with Oxford Advisors to discuss BtoA and tracing cash to customers; one-off emails related to duplicate payments; conversation with President over general BK topics |
| 12/30/2025 | Sandor Jacobson | Partner | Standard Rate | 1.00 | Yes | Daily treasury management; call with A. Silverman on open items; Agridyne stop payment issue; diligence support for sale |
| 12/30/2025 | James Gaylor | Senior Manager | Travel Rate | 1.50 | Yes | Travel to and from Darien, IL |
| 12/31/2025 | Sandor Jacobson | Partner | Standard Rate | 1.50 | Yes | Daily treasury management; CBTS payment; several credit payments; CIT funds on hand email for counsel |

| Professional | Level | Discounted Rate | Hours | Amount |
|---|---|---|---|---|
| Sandor Jacobson | Partner | $ 600.00 | 90.25 | $ 54,150.00 |
| Katherine Holman | Consultant | $ 185.00 | 4.00 | $ 740.00 |
| James Gaylor | Senior Manager | $ 345.00 | 118.00 | $ 40,710.00 |
|  |  |  | 212.25 | $ 95,600.00 |

| Professional | Level | Discounted Travel Rate | Hours | Amount |
|---|---|---|---|---|
| Sandor Jacobson | Partner | $ 300.00 | 5.50 | $ 1,650.00 |
| James Gaylor | Senior Manager | $ 172.50 | 10.50 | $ 1,811.25 |
|  |  |  | 16.00 | $ 3,461.25 |

| | |
|---|---|
| Subtotal | $ 99,061.25 |
| Expenses | $ 787.61 |
| | $ 99,848.86 |

# Exhibit B to

# Monthly CRO Report:

*Reimbursable Expenses*

**RAS Data Services, Inc CRO Services December 2025**

| Professional | Date | Amount | Spend Category | Detail |
|---|---|---|---|---|
| James Gaylor | 12/11/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| James Gaylor | 12/10/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| James Gaylor | 12/9/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| James Gaylor | 12/3/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| James Gaylor | 12/15/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| James Gaylor | 12/19/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| James Gaylor | 12/30/2025 | 44.80 | Mileage Reimbursement | Arlington Heights to Darien and back |
| Sandor Jacobson | 12/3/2025 | 56.00 | Mileage Reimbursement | To and from Darien |
| Sandor Jacobson | 12/9/2025 | 56.00 | Mileage Reimbursement | To and from Darien |
| Sandor Jacobson | 12/18/2025 | 306.01 | Travel | Flight change to attend hearing net of credit |
| Sandor Jacobson | 12/21/2025 | 56.00 | Mileage Reimbursement | To and from Darien |
|  |  | **787.61** |  |  |

# Exhibit C to

*Monthly CRO Report*:

# Invoice



**Plante & Moran, PLLC**
10 S. Riverside Plaza
9th Floor
Chicago, IL 60606-3770
Tel:+1 (248) 352-2500

## INVOICE

RAS Data Services, Inc.
1510 Plainfield Road, Suite 3
Darien, IL 60561
United States of America

| | |
|---|---:|
| Date: | 01/07/2026 |
| Client No: | 1010407 |
| Invoice No: | 10606495 |
| Page: | 1 |

**For Professional Services Rendered**

| | |
|---|---:|
| Professional services through December 2025 for the CRO consulting services according to the engagement letter dated July 9, 2025. | 99,061.25 |
| Expenses | 787.61 |
| **Balance Due** | **$99,848.86** USD |

| Staff | Standard Rate | Hours | Total |
|---|---|---|---|
| Sandor Jacobson | 600 | 90.25 | $54,150.00 |
| James Gaylor | 345 | 118.00 | $40,710.00 |
| Katherine Holman | 185 | 4.00 | $   740.00 |

| Staff | Travel Rate | Hours | Total |
|---|---|---|---|
| Sandor Jacobson | 300 | 5.50 | $1,650.00 |
| James Gaylor | 172.5 | 10.50 | $1,811.25 |

**Remittance Information:** *Please send all remittance information for electronic payments to Accounts.Receivable@plantemoran.com*

| | **ACH:** *Preferred Payment Method* | **Wire Transfer:** | **Check:** |
|---|---|---|---|
| Bank | Bank of America | Bank of America | Plante & Moran PLLC |
| Routing/ABA# | 071000039 | 026009593 | 16060 Collections Center Drive |
| Bank Address | 100 North Tryon Street Charlotte, NC 28202 | 222 Broadway New York, NY 10038 | Chicago, IL 60693 |
| Account Number | 9890996003 | 9890996003 | |
| Account Name | Plante & Moran, PLLC | Plante & Moran, PLLC | |

**Client Payment Portal:**   https://www.plantemoran.com/client-payment-portal
**Plante Moran, PLLC's Bill.com ID:**   0173649476958972

PRAXITY™ Empowering Business Globally