**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

**NOTICE OF ASSUMED AND ASSIGNED CONTRACTS**

PLEASE TAKE NOTICE that the contracts identified in **Exhibit A** hereto have, in accordance with 11 U.S.C. § 365, been assumed by RAS Data Services, Inc., an Illinois corporation, debtor and debtor-in-possession herein (the "**Debtor**") and assigned to AllTranstek, L.L.C. (the "**Purchaser**") in connection with the sale of substantially all the Debtor's assets pursuant to that certain *Order (A) Approving the Sale of Subtantially All of the Assets of the Debtor Free and Clear of Encumbrances; (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* (Dkt. No. 196, the "**Sale Approval Order**") and the *Asset Purchase Agreement* approved thereby (Ex. A to Sale Approval Order, the "**APA**").[2]

Each contract identified as an "MSA" (or "management services agreement") has been assigned consensually pursuant to an Assumption/Assignment Rider executed among the Debtor, the Purchaser, and the applicable counterparty. Each listed contract includes all amendments and modifications thereto as agreed upon by the applicable parties on or prior to the date of assignment.

This Notice is filed pursuant to decretal paragraph 20 of the Sale Approval Order, which requires the Debtor, within ten (10) business days following the closing of the aforementioned sale, to "file with the Court a notice setting forth those Assumed Contracts actually assumed and assigned to Purchaser pursuant to the terms of the Asset Purchase Agreement and this Sale Approval Order." Sale Approval Order, Dkt. No. A, ¶ 20.

              /s/ Alexander F. Brougham
              Alexander F. Brougham, Esq.

ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
asilverman@ag-ltd.com; abrougham@ag-ltd.com
**Counsel for the Debtor**

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.
[2] Capitalized terms not otherwise defined herein have the respective meanings set forth in the APA.

# Exhibit A:

## *List of Contracts Assumed and Assigned to the Purchaser*

## List of Contracts Assumed and Assigned to the Purchaser

| No. | Counterparty | Nature of Contract |
|---|---|---|
| 1. | ACNR Shared Assets, Inc., a/k/a American Coal Company, a/k/a Murray Energy | MSA |
| 2. | Adaptive Rail Solutions | MSA |
| 3. | Ag Processing Inc. | MSA |
| 4. | Agridyne | MSA |
| 5. | Alliant Energy Corporate Services | MSA |
| 6. | ALF II, Inc. | MSA |
| 7. | American Electric Power Services | MSA |
| 8. | American Industrial Transport, Inc. | MSA |
| 9. | American Iron & Metal, a/k/a AIM | MSA |
| 10. | Americas Styrenics | MSA |
| 11. | Amrize Cement Inc., a/k/a Holcim, a/k/a LaFarge Aggregates | MSA |
| 12. | CBTS | Telephone, Contract Server |
| 13. | Chicago South Shore & South Bend Railroad, a/k/a Anacostia Rail Holdings | MSA |
| 14. | ATEL Leasing Corporation | MSA |
| 15. | Lone Star Industries, Inc., a/k/a Buzzi Unicem | MSA |
| 16. | Citgo Petroleum | MSA |
| 17. | Cleveland Cliffs Inc. | MSA |
| 18. | DTE Electric Company, a/k/a The Detroit Edison Company | MSA |
| 19. | Duke Energy Progress | MSA |
| 20. | Duke Energy Indiana | MSA |
| 21. | Duke Energy Florida | MSA |
| 22. | Duke Energy Carolinas | MSA |
| 23. | Everest Railcar Services, Inc. | MSA |
| 24. | Evergy Metro, Inc. and Evergy Kansas Central Inc. | MSA |
| 25. | Ferrous Processing | MSA |
| 26. | FE Trading Group, LLC, a/k/a FeT Logistics | MSA |
| 27. | Incobrasa Industries | MSA |
| 28. | Indiana Harbor Belt Railroad | MSA |
| 29. | Indurante & Associates | Outsourced Ad Valorem Tax Services |
| 30. | Ingredion, Inc. | MSA |
| 31. | The Instar Group, LLC | MSA |
| 32. | Iron Horse Logistics Services Corporation | MSA |
| 33. | JAIX Leasing Company | MSA |
| 34. | Marathon Petroleum Company LP | MSA |
| 35. | MGQ, Inc. | MSA |
| 36. | MMJR, LLC | Lease of 1510 Plainfield Rd., Unit #3, Darien, IL |
| 37. | Modern Rail Capital, a/k/a Mitsui Rail Capital | MSA |
| 38. | NRG Business Marketing LLC | MSA |
| 39. | Nucor Logistics LLC, a/k/a The David J. Joseph Company | MSA |
| 40. | Oklahoma Gas & Electric Company | MSA |
| 41. | Primary Products Ingredients Americas LLC | MSA |
| 42. | Progress Rail Leasing Corporation | MSA |

| 43. | Rail Connection | MSA |
| --- | --- | --- |
| 44. | Railcar Management, LLC, a/k/a/ Westinghouse Air Brake Technologies Corporation, a/k/a WABTEC Corporation | MSA |
| 45. | Railinc | Vendor Services |
| 46. | Ralco, LLC, a/k/a RAILTRAC | MSA |
| 47. | Sierra Northern Railway | MSA |
| 48. | Southwest Rail Industries | MSA |
| 49. | St Marys Cement US LLC | MSA |
| 50. | Strickland Trading, Inc. | MSA |
| 51. | Sultran Ltd. | MSA |
| 52. | Trap Rock and Granite Quarries LLC, a/k/a Aggregate Equipment | MSA |
| 53. | Trinity Chemical Industries, LLC | MSA |
| 54. | Twin Cities & Western Railroad Company | MSA |
| 55. | Valley Railcar Management, LLC | MSA |
| 56. | Vistra Corp. a/k/a Luminant | MSA |
| 57. | Walter Haffner Co. | MSA |
| 58. | Wheeling & Lake Erie Railway Company | MSA |