**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC., | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

**ORDER GRANTING MOTION TO CONTINUE USE OF FUNDS TO
ADMINISTER BANKRUPTCY ESTATE AND DEFEND
ADVERSARY PROCEEDING, AND FOR SHORTENED NOTICE THEREOF**

This matter coming to be heard on the motion (the "**Motion**") of RAS Data Services, Inc. (the "**Debtor**") pursuant to 11 U.S.C. §§ 105 and 363 of title 11 of the United States Code (the "**Bankruptcy Code**") for entry of an order continuing the Debtor's authorization to use funds as set forth in the *Order Granting Motion of the Debtor to Use Funds to Pursue Sale and for Shortened Notice Thereof* (Dkt No. 109, the "**Initial Budget Order**"), granting related relief, and allowing shortened notice of the Motion; the Court having reviewed the Motion and determined that cause exists to grant the relief requested; and the Court having jurisdiction over the Debtor and the subject matter of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.     The Debtor is authorized to continue its use of the "**Sale Process Funds**" (as defined by the Initial Budget Order), only after the Debtor has exhausted all Debtor management fees available in any given month. Upon exhaustion of Debtor management fees, the Debtor is authorized to draw upon the Sale Process Funds solely to fund expenses that are reasonably necessary to administer its estate (including, for the avoidance of doubt, defense of the pending adversary proceeding), including both ordinary and nonordinary course operational and professional expenses, consistent with the budget attached as Exhibit A hereto and incorporated herein (the "**Third Extended Budget**") and subject to the requirements of Section 330 of the Bankruptcy Code.

2.     Nothing contained in this Order is intended to remove or otherwise modify the restriction on the Debtor's use of the Restricted Funds set forth in the Initial Budget Order, or to modify any term of the Initial Budget Order with respect to such Restricted Funds.

3.     The Debtor shall maintain detailed, itemized records of all use of the Sale Process Funds pursuant to the Third Extended Budget and shall include a summary of such use in its monthly operating reports filed with the Court.

4.     Nothing contained in this Order is intended to modify any provision of the Initial Budget Order with respect to the Replenishment Obligation (as defined therein), subject to further order of Court.

1446963_4

5.      No customers of the Debtor other than the Infinity Lessors (as defined in the Initial Budget Order) filed timely objections to either the Motion, the *Motion of the Debtor to Use Funds to Pursue Sale and for Shortened Notice Thereof* (Dkt. No. 78), or the motions seeking roll-forwards of the budget requested thereby, Dkt. Nos. 171 and 209. Therefore, all customers of the Debtor other than the Infinity Lessors are hereby deemed to have:

   a.  Consented to the relief granted in this Order;

   b.  Waived any right to seek recoupment, disgorgement, or other remedy in connection with the Debtor's use of the Sale Process Funds pursuant to this Order, subject to section 330 of the Bankruptcy Code; and

   c.  Agreed to be bound by all terms of this Order.

6.      The Court having found cause to shorten notice of the Motion, the Court finds that notice of the Motion was sufficient under the circumstances and no other or further notice need be provided.

7.      The 14-day stay pursuant to Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived in connection with this Order.

Enter:

_____
United States Bankruptcy Judge

Dated:    March 19, 2026

ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
(312) 435-1050
asilverman@ag-ltd.com
abrougham@ag-ltd.com
tbowens@ag-ltd.com
**Counsel for Debtor**

2

1446963_4

# Exhibit A:

# Third Extended Budget

Case 25-11837  Doc 248  Filed 03/19/26  Entered 03/19/26 10:30:13  Desc Main Document  Page 4 of 4

| RAS Data Services | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | | COMMENTARY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow Forecast | | | | | | | | | | | | | |
| Starting | 2/23/26 | 3/2/26 | 3/9/26 | 3/16/26 | 3/23/26 | 3/30/26 | 4/6/26 | 4/13/26 | 4/20/26 | 4/27/26 | Accruals | | |
| Ending | 3/1/26 | 3/8/26 | 3/15/26 | 3/22/26 | 3/29/26 | 4/5/26 | 4/12/26 | 4/19/26 | 4/26/26 | 5/3/26 | Accruals | Total | |
| 1 Opening Cash Balance | ($1,233) | ($1,261) | ($1,319) | ($1,400) | ($1,577) | ($1,565) | ($1,683) | ($1,690) | ($1,713) | ($1,982) | ($1,950) | ($1,233) | |
| 2 Cash Receipts: | | | | | | | | | | | | | |
| 3 Management Fee Collections | 19 | 2 | 7 | 9 | 17 | 1 | 2 | - | - | - | - | 56 | Existing management fee collections (excl CIT; IFT) |
| 4 January Management Fee Collections - Pro Rata | - | - | - | - | - | - | - | - | 34 | 34 | 34 | 101 | Collection of Jan fees invoiced in Feb (pro rata per APA) |
| 5 Expense Reimbursements From Purchaser | - | - | 30 | - | - | - | - | - | - | - | - | 30 | Jan expense reimbursement from purchaser per APA |
| 6 Total Cash Receipts | 19 | 2 | 37 | 9 | 17 | 1 | 2 | - | 34 | 34 | 34 | 187 | |
| 7 Cash Disbursements: | | | | | | | | | | | | | |
| 8 Payroll | - | 21 | - | 7 | - | 8 | - | - | - | - | - | 36 | Bi-weekly payroll |
| 9 Payroll - Contractual Bonus | - | 33 | - | - | - | - | - | - | - | - | - | 33 | President contractual bonus |
| 10 Insurance Premiums | - | 1 | - | - | - | 10 | - | - | - | - | - | 11 | Wcomp installments; prof liability insurance tail |
| 11 Utilities / ATT | - | 2 | - | 2 | - | - | - | - | - | - | - | 3 | Through Jan usage in Darien |
| 12 Professional Fees - Indurante & Hearne | 2 | - | - | - | 2 | - | - | 1 | 2 | - | 20 | 25 | Hearne payroll processing fees - 25+26 tax return prep |
| 13 Professional Fees - PM CRO | - | - | - | 90 | - | - | - | - | 75 | - | 65 | 230 | Estimated through April |
| 14 Professional Fees - A&G | 37 | - | - | 60 | - | - | - | - | 80 | - | 276 | 453 | Estimated through April, thereafter incl April + all holdbacks |
| 15 Professional Fees - Committee Counsel TE | - | - | 36 | - | - | 56 | - | - | 100 | - | 292 | 484 | Estimated through April, thereafter incl April + all holdbacks |
| 16 Professional Fees - Committee FA Oxford | - | - | 25 | - | - | 24 | - | - | 40 | - | 149 | 239 | Estimated through April, thereafter incl April + all holdbacks |
| 17 Professional Fees - SID | - | - | 20 | - | - | 20 | - | - | - | - | - | 40 | Estimated through April at 100% |
| 18 Professional Fees - Arent Fox | - | - | 30 | - | - | - | - | - | - | - | - | 30 | Estimate special counsel at cap |
| 19 Professional Fees - IST | - | - | - | 25 | - | - | - | - | - | - | - | 25 | Estimated e-discovery vendor |
| 20 Professional Fees - BMC Group | 3 | 3 | 3 | - | 3 | - | 5 | - | 5 | - | 5 | 25 | Noticing agent fee estimates |
| 21 Postage | - | - | - | 2 | - | - | - | - | - | - | 4 | 5 | |
| 22 Subscriptions - Industry - Rail Inc | 3 | - | 3 | - | - | - | 3 | - | - | - | 10 | 18 | CBTS - IT backups |
| 23 UST Fees | - | - | - | - | - | - | - | 21 | - | - | 7 | 28 | Q1 26 estimates = accrued April estimate |
| 24 Other - Expenses - Return funds to CRB | 3 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 11 | 25 | IT support; books and record storage |
| 25 Total Operating Disbursements | 47 | 60 | 117 | 186 | 5 | 120 | 9 | 23 | 303 | 2 | 838 | 1,709 | |
| 26 Net Cash Flow | (29) | (58) | (80) | (177) | 12 | (118) | (7) | (23) | (269) | 32 | (805) | (1,522) | |
| 27 Cash | | | | | | | | | | | | | |
| 28 Beginning Cash | (1,233) | (1,261) | (1,319) | (1,400) | (1,577) | (1,565) | (1,683) | (1,690) | (1,713) | (1,982) | (1,950) | (1,233) | |
| 29 Net Increase (Decrease) in Cash | (29) | (58) | (80) | (177) | 12 | (118) | (7) | (23) | (269) | 32 | (805) | (1,522) | |
| 30 Ending Cash Balance | ($1,261) | ($1,319) | ($1,400) | ($1,577) | ($1,565) | ($1,683) | ($1,690) | ($1,713) | ($1,982) | ($1,950) | ($2,755) | ($2,755) | |
| 31 Cash - Carve Out | | | | | | | | | | | | | |
| 32 Beginning Balance | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | |
| 33 Amount Used | (1,261) | (1,319) | (1,400) | (1,577) | (1,565) | (1,683) | (1,690) | (1,713) | (1,982) | (1,950) | (2,755) | (2,755) | |
| 34 Ending Balance | $1,596 | $1,538 | $1,457 | $1,280 | $1,292 | $1,174 | $1,167 | $1,144 | $875 | $907 | $102 | $102 | |

The Debtor will continue to exhaust management fee collections in advance of carve out funding to cover budgeted expenses