Case 25-11837 Doc 338-29 Filed 07/06/26 Entered 07/06/26 18:28:14 Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2). Page 1 of 20

Case 25-11837 Doc 286 Filed 05/27/26 Entered 05/27/26 13:18:34 Desc Main
Document Page 1 of 151

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois Eastern Division

| | |
|---|---|
| In re:<br>RAS Data Services, Inc.,<br>      Debtor(s). | Case No.: 25-11837<br>Chapter: 11 |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on May 22,2026 , as directed by Adelman & Gettleman, Ltd., true and correct copy(s) of the following list of document(s) attached hereto as Exhibit 1, were served on the party(s) listed on the attached exhibit 2 via US First class mail. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

NOTICE OF (A) FILING OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT, (B) OBJECTION DEADLINE, (C) VOTING DEADLINE, AND (D) COMBINED HEARING ON DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION

STATEMENT OF COMMITTEE'S SUPPORT FOR CONFIRMATION OF PLAN OF LIQUIDATION

CLASS 2 BALLOT FOR ACCEPTING OR REJECTING CHAPTER 11 PLAN

SECOND AMENDED JOINT PLAN OF LIQUIDATION OF DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS

DISCLORURE STATEMENT WITH RESPECT TO SECONF AMENDED JOINT PLAN OF LIQUIDATION OF DEBTOR AND OFFICIAL COMMITEE OF UNSECURED CREDITORS

RAS LIQUIDATING TRUST AGREEMENT

**Plan Pr.**
# A-30

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 2 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 2 of 151

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# EXHIBIT 1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 4 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 4 of 151

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

## NOTICE OF (A) FILING OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT, (B) OBJECTION DEADLINE, (C) VOTING DEADLINE, AND (D) COMBINED HEARING ON DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION

**PLEASE TAKE NOTICE** that on May 17, 2026, RAS Data Services, Inc. (the "**Debtor**"), debtor and debtor-in-possession, in the above-captioned case (the "**Chapter 11 Case**"), filed the proposed *Second Amended Joint Plan of Liquidation of Debtor and Official Committee of Unsecured Creditors* (as it may be amended, supplemented, or modified, the "**Plan**") and the *Disclosure Statement with Respect to Second Amended Joint Plan of Liquidation of Debtor and Official Committee of Unsecured Creditors* (as it may be amended, supplemented, or modified, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that a combined hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "**Combined Hearing**") will take place on July 13, 2026, at 2:00 p.m. **(prevailing Central Time)** before the Honorable Michael B. Slade, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "**Bankruptcy Court**"). Parties may attend the Combined Hearing either in-person at the Dirksen Federal Building, 219 South Dearborn Street, Courtroom No. 642, Chicago, Illinois 60604, or electronically via Zoom for Government (https://www.zoomgov.com/), using the following meeting ID: **160 817 7512**, and the following

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.

1477541 1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 5 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 5 of 151

password: **623389**. The Zoom login information is also available on the Judge's page on the Bankruptcy Court's website at: https://www.ilnb.uscourts.gov/content/judge-michael-b-slade.

**PLEASE TAKE FURTHER NOTICE** that objections to approval of the Disclosure Statement or confirmation of the Plan, if any, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party, (c) state with particularity the basis and nature of any objection, and (d) no later than **June 19, 2026** (the "**Objection Deadline**"), be either (i) filed electronically via the Court's CM/ECF System, or, (ii) if permitted by the Court's *Administrative Procedures for the Case Management/Electronic Case Filing System*, filed in paper form with the Office of the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Room 713, Chicago, IL 60604 (the "**Clerk's Office**"). In the event an objection to the approval of the Disclosure Statement or confirmation of the Plan is filed in paper form as provided above, the objecting party must also submit paper copies of their objection (via prepaid U.S. mail, overnight delivery, or hand delivery) to the following parties, so as to be actually received by each of them by the Objection Deadline: (i) counsel to the Debtor, Adelman & Gettleman, Ltd., 53 W. Jackson Blvd., Suite 1050, Chicago, Illinois 60604, Attn: Adam P. Silverman, Alexander F. Brougham, and Tevin D. Bowens; (ii) counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), Tucker Ellis, LLP, 233 South Wacker Drive, Suite 6950, Chicago, IL 60606, Attn: Thomas R. Fawkes, Brian J Jackiw, and Jason J. Ben; and (iii) the Office of the United States Trustee for Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604, Attn: Joshua Greene.

2

1477541 1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 6 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 6 of 151

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves its rights to file written responses to any objections to the approval of the Disclosure Statement or confirmation of the Plan no later than July 6, 2026.

**PLEASE TAKE FURTHER NOTICE** that you have received, along with this notice, a ballot (a "**Ballot**") containing voting instructions. If you are the holder of a claim against the Debtor believed to fall within Class 2 or Class 3 (as defined in the Plan and Disclosure Statement), you have received a Ballot specific to such Class; all other recipients of this notice have received a Class 4 Ballot.[2] Receiving a Ballot does not necessarily mean you have a claim or are entitled to vote on the Plan. If you did not receive a Ballot and believe you should have, or believe you received a Ballot for the wrong Class, please contact the Debtor's counsel in writing at the address indicated below.

**PLEASE TAKE FURTHER NOTICE** that the voting rights, if any, to be ascribed to each claim will be calculated in accordance with certain tabulation rules approved by the Court (the "**Tabulation Rules**"). If you have questions about the Tabulation Rules or would like to find out the voting rights to be ascribed to your claim, please contact the Debtor's counsel in writing at the address below. You may object to the nature of your claim's allowance for voting purposes by filing an objection with the Court no later than **June 19, 2026**.

**PLEASE TAKE FURTHER NOTICE** that for your vote to be counted, you must complete all required information on the Ballot, execute the Ballot, and return the completed Ballot so that it **is actually received on or before June 19, 2026.** All Ballots must be sent to the Clerk's Office, at the address contained in the Ballot, via first-class mail; overnight delivery; personal delivery; or, for registered users, through the Bankruptcy Court's Case Management/Electronic

---

[2] Any allowance of a claim is for voting purposes only, and is not intended to be and shall not be binding on the Debtor or other parties in interest for any other purpose, including claim objections, claim estimation, or for the determination of the allowed amount of a claim under the Plan.

3

1477541 1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 7 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 7 of 151

Case Filing (CM/ECF) system. Ballots must be sent to the Clerk's Office, not to the Debtor, the Committee, or their professionals. **You are urged to carefully read all instructions received with the Ballot to ensure that your Ballot is properly completed and timely submitted.**

**PLEASE TAKE FURTHER NOTICE** that enclosed with this Notice and your Ballot are copies of the Plan, the Disclosure Statement, a Liquidating Trust Agreement that is proposed to be utilized in connection with the Plan, and a letter from the chairperson of the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be adjourned from time to time without any notice other than a request made in open court.

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN PROPOSES INJUNCTIONS** which may be briefly described as follows:

- Under section 6.3 of the Plan, an injunction applicable to insurance companies, barring such companies from denying, refusing, altering, or delaying coverage on any basis regarding or relating to this bankruptcy case or the Plan;

- Under section 7.6 of the Plan, an injunction applicable to parties who fail to return executed Pre-Distribution Certifications (as defined by the Plan) by the deadline specified by the Plan, barring such parties from asserting rights to distributions made prior to the submission of their executed Pre-Distribution Certifications;

- Under section 7.7.2 of the Plan, an injunction applicable to parties whose distributions are returned as undeliverable or unclaimed and who fail to provide notice of their correct address by the deadline specified by the Plan, barring such parties from asserting any claim to the undeliverable or unclaimed distributions.

- Under section 11.3 of the Plan, an injunction applicable to all persons receiving distributions under the Plan or payments under the order authorizing the sale of

1477541 1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 8 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 8 of 151

substantially all the Debtor's assets, barring such persons from taking actions that do not comply with, or are inconsistent with, the provisions of the Plan;

- Under section 11.4, an extension of all injunctions or stays in existence as of the confirmation of the Plan, until the Chapter 11 case is dismissed; and

- Under sections 11.4 and 11.6 of the Plan, an injunction applicable to all persons, barring the commencement or prosecution of any claims or actions released, enjoined, exculpated, or otherwise limited pursuant to the Plan.

**PLEASE TAKE FURTHER NOTICE** that if the Plan is confirmed, each Owner (as defined by the Plan) will absolutely, irrevocably, and unconditionally be forever barred from asserting, and deemed to have waived and forever relinquished its right to assert, an Owner Trust Claim (as defined by the Plan, and which does not include a general unsecured claim) on account of any claim such Owner may have against the Debtor, its estate, or the Liquidating Trust or Liquidating Trustee (both as defined by the Plan), together with any assertion of ownership over, or entitlement to, a constructive trust encompassing any property, including property of the estate or the Liquidating Trust. If you disagree with the treatment of Owner Trust Claims under the Plan, you must object to the Plan by the Objection Deadline.

ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
**Counsel for the Debtor**

5

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 9 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 9 of 151

**The Official Committee of Unsecured Creditors of RAS Data Services, Inc.**

May 21, 2026

To the Unsecured Creditors of
RAS Data Services, Inc.

RE:   *In re RAS Data Services, Inc.*, Case No. 25-11837 (Bankr. N.D.IL)
      **Statement of Committee's Support for Confirmation of Plan of Liquidation**

Dear Creditor:

This letter confirms the support of the Official Committee of Unsecured Creditors of RAS Data Services, Inc. (the "*Committee*") for the confirmation of the *Second Amended Joint Plan of Liquidation of Debtor and Official Committee of Unsecured Creditors* (the "*Plan*") filed by Debtor RAS Data Services, Inc. (the "*Debtor*") in the above-referenced chapter 11 case pending before the U.S. Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*"). The Committee is a co-proponent of the Plan.

The Plan is the culmination of extensive negotiations between the Committee, the Debtor, and other key creditors and constituencies, including Infinity Transportation 2024, LLC and certain of its affiliates (collectively, "*Infinity*"). Infinity, which is collectively one of the Debtor's largest creditors, commenced litigation against the Debtor seeking to have a constructive trust imposed on the majority of the Debtor's cash, which if successful would have not only substantially depressed recoveries of other creditors, but would have likely prompted additional litigation to be commenced which would have further diluted, and delayed, those already depressed recoveries.

The Committee intervened in the Infinity litigation, and in collaboration with the Debtor negotiated a settlement with Infinity which caps Infinity's recovery from estate funds by almost half of Infinity's initial demand, limits Infinity's further participation in distributions, and preserves estate causes of action for the sole benefit of non-Infinity creditors. The settlement, which is incorporated in the Plan, eliminates substantial additional legal costs associated with the defense of the litigation as well as the risk of an adverse result in the litigation.

The Committee believes that confirmation of the Plan is in the best interests of general unsecured creditors, and **the Committee encourages all creditors to vote in favor of the Plan**. The Committee, on behalf of its constituents, had the following objectives in mind during the course of this chapter 11 case: (1) maximizing recoveries to general unsecured creditors on account of their pre-petition claims; and (2) preserving, to the fullest extent possible, claims and causes of action of the Debtor's estate, including, but not limited to, avoidance action claims and claims against insiders of the Debtor.

The Committee believes that the Plan, as well as other transactions in which the Committee had a substantial role, effectuates these key objectives. As an initial matter, the Committee undertook investigations consistent with its powers under section 1103 of the Bankruptcy Code of the Debtor's assets, liabilities, and financial affairs, as well as the conduct of its insiders; most notably,

7063796.1

that of Michael Calomino, the majority equity holder and former chief executive of the Debtor. It was Mr. Calomino's conduct – specifically, his conversion of over $20 million of cash held by the Debtor – that was the actual and proximate cause of the Debtor's chapter 11 filing. Causes of action against Mr. Calomino and other insiders, as well as recipients of avoidable pre-bankruptcy transfers, are expressly preserved under the Plan, and will be further investigated, and if appropriate prosecuted, by the Liquidating Trustee, with the net proceeds of such litigation to be made available to general unsecured creditors.

The Committee believes that the Plan meets all requirements for confirmation under applicable sections of the Bankruptcy Code, including section 1129, and provides unsecured creditors with the highest likelihood of a meaningful recovery under the circumstances when compared to the alternatives, including dismissal or conversion to chapter 7. The Committee therefore supports confirmation of the Plan and encourages creditors to vote to accept the Plan.

The Committee's counsel, Thomas Fawkes and Brian Jackiw of Tucker Ellis LLP, are happy to speak to any unsecured creditor who has questions regarding the Plan or its proposed treatment for unsecured creditors.   Thomas may be reached at 312-256-9425 or by e-mail at thomas.fawkes@tuckerellis.com, and Brian may be reached at 312-256-9426 or by e-mail at brian.jackiw@tuckerellis.com.

Sincerely,

The Official Committee of Unsecured Creditors of
RAS Data Services, Inc.

Umesh Choksi
Chairperson

7063796.1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 11 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 11 of 151

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

## CLASS 2 BALLOT
## FOR ACCEPTING OR REJECTING CHAPTER 11 PLAN

RAS Data Services, Inc., debtor and debtor-in-possession (the "**Debtor**") and the Official Committee of Unsecured Creditors (the "**Committee**") have filed that certain *Disclosure Statement with Respect to Second Amended Joint Plan of Liquidation of Debtor and Official Committee of Unsecured Creditors* (the "**Disclosure Statement**"), which provides information to assist you in deciding how to vote your ballot. The Debtor and the Committee have also filed that certain *Second Amended Joint Plan of Liquidation of Debtor and Official Committee of Unsecured Creditors* (the "**Plan**"). The Disclosure Statement, the Plan, a *Liquidating Trust Agreement* proposed to be utilized in connection with the Plan, and a letter from the chairperson of the Committee are enclosed herewith.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim(s), if any, has been placed in Class 2 under the Plan. The allowed amount of your claim(s), if any, will be calculated in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").[2] If you have questions about the Tabulation Rules or would like to find out the allowed amount of your claim(s) for voting purposes, please contact the Debtor's counsel in writing at the address below.**

## VOTING DEADLINE

**Your completed and signed ballot must be sent to the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Room 713, Chicago, IL 60604, so that it is <u>received on or before June 19, 2026</u>. If you fail to complete, sign, and send your ballot as directed, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.

[2] The Tabulation Rules can be found in the *Order (I) Scheduling a Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan; (II) Conditionally Approving the Disclosure Statement for Purposes of Soliciting Votes on the Plan; (III) Granting Related Relief; and (IV) Shortening Notice Thereof,* Dkt. No. 285.

1

1477546_1

Case 25-11837   Doc 338-29   Filed 07/06/26   Entered 07/06/26 18:28:14   Desc
Exhibit Proof of Service Re: Solicitation Materials (Class 2).   Page 12 of 20

Case 25-11837   Doc 286   Filed 05/27/26   Entered 05/27/26 13:18:34   Desc Main
Document   Page 12 of 151

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC., | ) | Case No. 25-11837 |
| | ) | |
| Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a **Class 2** claim(s) against the Debtor:

(Check one box only): _____ ACCEPTS THE PLAN  _____ REJECTS THE PLAN

Dated: _____

Print or type name of creditor: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

_____

RETURN THIS BALLOT TO:

**Clerk of the U.S. Bankruptcy Court**
**Northern District of Illinois, Eastern Division**
**219 S. Dearborn St., Room 713**
**Chicago, IL 60604**

2

1477546 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 25-11837 |
| RAS DATA SERVICES, INC., | ) |  |
|  | ) | Hon. Michael B. Slade |
| Debtor. | ) |  |
|  | ) |  |

### SECOND AMENDED JOINT PLAN OF LIQUIDATION OF
### DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Dated: May 18, 2026

**ADELMAN & GETTLEMAN, LTD.**

Adam P. Silverman
Alexander Brougham
Tevin D. Bowens
53 W. Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel: (312) 435-1050
asilverman@ag-ltd.com
abrougham@ag-ltd.com
tbowens@ag-ltd.com

**TUCKER ELLIS LLP**

Thomas R. Fawkes
Brian J. Jackiw
Jason J. Ben
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
Tel: (312) 624-6300
thomas.fawkes@tuckerellis.com
brian.jackiw@tuckerellis.com
jason.ben@tuckerellis.com

*Counsel for Debtor and Debtor in Possession,*
*RAS Data Services, Inc.*

*Counsel to the Official Committee of*
*Unsecured Creditors*

1476328_1

Remainder of this document removed for trial purposes only.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAS DATA SERVICES, INC.,[1] | ) | Case No. 25-11837 |
| | ) | |
| | ) | Honorable Michael B. Slade |
| Debtor. | ) | |
| | ) | |

---

### Disclosure Statement with Respect to Second Amended Joint Plan of Liquidation of Debtor and Official Committee of Unsecured Creditors

---

Adam P. Silverman, Esq.
Alexander F. Brougham, Esq.
Tevin D. Bowens, Esq.
**ADELMAN & GETTLEMAN, LTD.**
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050
*Counsel to the Debtor*

Thomas R. Fawkes, Esq.
Brian J. Jackiw, Esq.
Jason J. Ben, Esq.
**TUCKER ELLIS LLP**
233 S. Wacker Dr. Suite 6950
Chicago, IL 60606
(312) 256-9425
*Counsel to the Official Committee of Unsecured Creditors*

---

[1] The last four digits of the federal employer identification number of RAS Data Services, Inc. are 4032.

1477226v1

Remainder of this document removed for trial purposes only.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>RAS DATA SERVICES, INC,<br><br>Debtor. | ) Case No. 25-11837<br>)<br>) Chapter 11<br>)<br>) Judge Michael B. Slade<br>)<br>)<br>) |

### RAS LIQUIDATING TRUST AGREEMENT

Dated: [        ] [__], 2026

**ADELMAN & GETTLEMAN, LTD.**

Adam P. Silverman
Alexander Brougham
Tevin D. Bowens
53 W. Jackson Blvd., Suite 1050
Chicago, IL  60604
Phone:  (312) 435-1050
E-mail:  asilverman@ag-ltd.com
       abrougham@ag-ltd.com
       tbowens@ag-ltd.com

*Counsel to the Debtor and Debtor-in-Possession*

**JOHN B. PIDCOCK**

c/o Oxford Restructuring Advisors LLC
4520 Cooper Road, Suite 203
Cincinnati, OH  45242
Phone:  (513) 235-0164
E-mail:
jpidcock@oxfordrestructuring.com

*Not Individually, but as Trustee of the RAS*
*Liquidating Trust*

**TUCKER ELLIS LLP**

Thomas R. Fawkes
Brian J. Jackiw
Jason J. Ben
233 S. Wacker Dr., Suite 6950
Chicago, IL  60606
Phone:  (312) 624-6300
E-mail:  thomas.fawkes@tuckerellis.com
       brian.jackiw@tuckerellis.com
       jason.ben@tuckerellis.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

1

7043306.2

Remainder of this document removed for trial purposes only.

# EXHIBIT 2

## Exhibit A - Certificate of Service
### RAS Data Services, Inc. 25-11837

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30281 | ARC Rail Canada Four, ULC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | ARC Rail Canada One, ULC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | ARC Rail Canada Three, ULC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | ARC Rail, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Rail Canada Portfolio 6, ULC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Rail Canada Portfolio 7, ULC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation , 201 17th Street NW, Suite 410, Atlanta, GA, 30363-1232 | First Class |
| 30281 | Infinity Transportation 2016-1, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation 2018-1, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation 2019-1, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation 2020-1, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation 2022, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation 2023, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation 2024, LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |
| 30281 | Infinity Transportation III LLC, Attn: Elizabeth Janczak, Smith Gambrell & Russe, 155 N. Wacker Dr., Suite 3000, Chicago, IL, 60606 | First Class |